**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

     VS                                               CASE NO.  3:15cr19/MCR

EDDIE CASANOVA

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 29, 2015
Motion/Pleadings:   DEFENDANT CASANOVA'S  FIRST  MOTION IN LIMINE


Filed by  Defendant                              on  6/23/2015            Doc.#            64
RESPONSES:

       Government                            on 6/29/2015            Doc.#            66
                                    on                             Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT


s/ *Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

## *ORDER*

Upon consideration of the foregoing, it is ORDERED this 2nd day of July 2015, that the relief requested is **DENIED**.  The Government does not seek to introduce the items under Fed. R. Evid. 404(b), and based on the Government's response to the motion it appears the items will be introduced as evidence of the crime charged in the Indictment.  This ruling does not preclude the Defendant from raising any objections at trial.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**