UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                           Case Nos.: 3:15cr19-TKW-EMT
                                                                3:18cv1108-TKW-EMT

EDDIE CASANOVA

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 191). Defendant was granted multiple extensions of time (and nearly 120 days) to file objections, *see* Docs. 200, 205, but none were filed. Having reviewed the Report and Recommendation and the case file, I agree with the disposition recommended by the magistrate judge. Accordingly, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 174) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 2nd day of December, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**